Wayne N. NIMMO, Appellant,

v.

### DIRECTOR OF REVENUE, Respondent.

### No. WD 65066.

Missouri Court of Appeals, Western District.

March 28, 2006.

J. Michael Murphy, Liberty, for Appellant.

Cheryl Ayn Caponegro Nield, Associate Solictor, Jefferson City, for Respondent.

Before PATRICIA A. BRECKENRIDGE, Presiding Judge, VICTOR C. HOWARD, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

The circuit court upheld the decision of the Director of Revenue denying Wayne Nimmo a driving license pursuant to Mo. Rev.Stat. § 302.060(9) (2003) because he had been convicted three times for driving while intoxicated. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. The judgment is affirmed. Rule 84.16(b).